UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **JEROME RICHARDSON #607967** | **CASE NO. 1:24-CV-00592 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **JEREMY WILEY** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 22), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Complaint (ECF Nos. 1, 10, 15) is **DENIED** and **DISMISSED WITH PREJUDICE** under 28 U.S.C. §§ 1915A and 1915(e)(2).

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED** this 12th day of December, 2024, in Alexandria, Louisiana.

                                                                                                            **JERRY EDWARDS, JR.**
                                                                         **UNITED STATES DISTRICT JUDGE**